585 A.2d 347
STATE OF NEW JERSEY v. BOBBY LEE WOODALL.

July 10, 1990.

Petition for certification denied.

585 A.2d 348
STATE OF NEW JERSEY v. ODELL WHEELER.

July 10, 1990.

Petition for certification denied.

585 A.2d 348
STATE OF NEW JERSEY v. EUGENE JONES.

July 10, 1990.

Petition for certification denied.

585 A.2d 348
STATE OF NEW JERSEY v. ROBERT L. POLK.

July 10, 1990.

Petition for certification denied.

585 A.2d 348
STATE OF NEW JERSEY v. ROBERT L. POLK.

July 10, 1990.

Cross-petition for certification denied.